IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

```
CLERK'S OFFICE U.S. DIST. COURT
       AT ROANOKE, VA
           FILED
        FEB 10 2006
   JOHN F. CORCORAN, CLERK
   BY: /s/
           DEPUTY CLERK
```

| | | |
|---|---|---|
| JAMES BOYD, Plaintiff, | ) ) ) ) | Civil Action No. 7:06cv00092 |
| v. | ) ) ) | **FINAL ORDER** |
| HAROLD DAVID, Defendant. | ) ) ) ) | By: Samuel G. Wilson United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Boyd's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 10th day of February, 2006.

_____
United States District Court Judge